IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBIN LANE MYERS, #251319, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:13cv638-TMH |
| ) | |
| PATRICE RICHIE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER AND OPINION**

On October 8, 2013, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 3). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that this case is TRANSFERRED to the United States District Court for the Northern District of Alabama pursuant to the provisions of 28 U.S.C. § 1404.

DONE this 1st day of November, 2013.

                                                /s/   Truman M. Hobbs
                                                TRUMAN M. HOBBS
                                                SENIOR UNITED STATES DISTRICT JUDGE